UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THEODORA NIKOLAKOPOULOS,

              Plaintiff,

-v.-

MACY'S INC., BLOOMINGDALE'S, INC., BLOOMINGDALE'S LLC, ANGELA KOTSOVOLOS, ROSA DI FRANCO, APRIL DITO, ALYSSA MIRZA, MARK MORROW, and MONICA TONEY,

              Defendants.

20 Civ. 1641 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    On July 22, 2020, the Court scheduled a pretrial conference in this action for September 10, 2020, at 12:00 p.m. (Dkt. #63). That conference will proceed as scheduled telephonically. Both counsel and defendants shall appear telephonically for the conference. The dial-in information is as follows: At 12:00 p.m. on September 10, 2020, the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 12:00 p.m.

    SO ORDERED.

Dated:  September 8, 2020
           New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge