UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THEODORA NIKOLAKOPOULOS,

                    Plaintiff,

    -against-                              20 **CIVIL** 1641 (KPF)

**JUDGMENT**

MACY'S INC.; BLOOMINDALE'S, INC.;
BLOOMINGDALE'S LLC; ANGELA
KOTSOVOLOS; ROSA DIFRANCO; APRIL
DITO; ALYSSA MIRZA; MARK MORROW; and
MONICA TONEY, *individually*,

                    Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 30, 2022, Defendants' motion for summary judgment is GRANTED as to Plaintiffs federal claims. Further, Defendant's motion for summary judgment is also GRANTED as to Plaintiff's claim for failure to accommodate under the NYSHRL and interference under the NYCHRL. Those claims are dismissed with prejudice. The Court declines to exercise supplemental jurisdiction over Plaintiff's claims for discrimination, retaliation, and hostile work environment under the NYSHRL and NYCHRL and therefore dismisses those claims without prejudice. The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case; accordingly, the case is closed.

**Dated:**  New York, New York                           **RUBY J. KRAJICK**

       August 31, 2022

                                                                      Clerk of Court

                                          **BY:**

                                                                       Deputy Clerk